

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

NOTICE OF INTENT TO DISMISS FOR WANT OF JURISDICTION

Appellate case name:      In the Interest of A.T.N.J., A.J., and T.L.J., Jr., Children

Appellate case number:    01-15-00844-CV

Trial court case number:   2013-33236

Trial court:              311th District Court of Harris County

The Court has directed me to notify you that, after a review of the notice of appeal, the notice of appeal, filed on September 14, 2015, in the trial court of the order, signed on March 27, 2015, in the underlying suit affecting and establishing the parent-child relationship may not have been timely filed. *See* TEX. R. APP. P. 26.1(a)(1); 26.3(b). Without a timely filed notice of appeal, this Court lacks jurisdiction over the appeal. *See* TEX. R. APP. P. 25.1, 26.1.

Accordingly, the Court has directed me to notify you that, unless you file a written response to this notice, providing a detailed explanation, citing relevant portions of the record, statutes, rules, and case law to show that this Court has jurisdiction over the appeal, this Court may dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). Any response must be filed **within 10 days** of the date of this notice. You must respond in writing even if you have previously claimed your notice of appeal was timely filed. If a meritorious response is not received in the form described above by the deadline, the Court may dismiss the appeal for want of jurisdiction without further notice.

Clerk's signature: _____
                      Christopher A. Prine, Clerk of the Court

Date: November 24, 2015